UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAD W. HAMILTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:04-CV-802 CAS |
| ENTERPRISE LEASING COMPANY OF ST. LOUIS, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of defendant Enterprise Leasing Company of St. Louis and against plaintiff Rad W. Hamilton.

Each party to bear its own costs.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of October, 2005.